UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**ADAM OSORIA,**
         **Plaintiff,**

         **v.**                                  CASE NO. 3:12-cv-1174(AVC)(TPS)

**ANTHONY J. BRUNO,**
         **Defendant.**

### ORDER

On June 10, 2013, the Court granted the defendant an extension of time until July 25, 2013 to file an answer to the Complaint. To date, the defendant has failed to file his answer.

The Court will permit the defendant **thirty (30)** days from the date of this order to file his answer. **No further extensions of time will be granted.**

All motions for summary judgment shall be filed within **sixty (60) days)** from the date of this order.

**SO ORDERED** this  16th  day of December, 2013, at Hartford, Connecticut.

                                        /s/ Thomas P. Smith
                                        **THOMAS P. SMITH**
                                        **UNITED STATES MAGISTRATE JUDGE**